IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-1155 RPM-KMT

SAMANTHA EVANS,

    Plaintiff,
        v.
DORSEY THORNTON &
ASSOCIATES, LLC,

Defendant.

_____

**ORDER OF DISMISSAL**
_____

Based upon Plaintiff's Voluntary Dismissal and pursuant to FRCP 41(a)(1)(A), the above reference matter is hereby dismissed with out prejudice, with each party to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: November 10th, 2011

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge